UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUI MAO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, *et al.*,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-01113-RSM<br><br>**STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF XINYUAN MU** |

### I.　STIPULATION

TO:　THE CLERK OF THE COURT; and

TO:　All Attorneys of Record.

PLEASE TAKE NOTICE that Benjamin I. VandenBerghe and Michelle E. Kierce of the law firm Montgomery Purdue Blankinship & Austin PLLC, and Matthew Sava and Han Liang of the law firm Reid & Wise LLC hereby withdraw as counsel for Plaintiff Xinyuan Mu, and that Steven O. Fortney and Lawrence C. Locker of the law firm Summit Law Group, and Michael D. Black, Rita M. Cornish, and April M. Medley of the law firm Parr Brown Gee & Loveless P.C. hereby substitute and appear as the attorneys of record for Xinyuan Mu, a Plaintiff in the above-captioned case, effective as of the date ordered by this Court. All further pleadings, except original service of process, should be served on substituting counsel in accordance with the Court's rules for electronic filing and service.

STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF XINYUAN MU - 1

CASE NO. **2**:16-cv-01113-RSM

4813-8381-0120 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:　(206) 676-7000
Fax:　(206) 676-7001

1   This stipulation and proposed order have been served on the client and all counsel pursuant
2   to LCR 83.2(b)(1).

3   DATED this 19th day of July, 2017.

*Substituting Counsel*,

SUMMIT LAW GROUP, PLLC
*Substituting Counsel for Plaintiff Xinyuan Mu*

By */s/ Steven O. Fortney*
    Steven O. Fortney, WSBA #44704
    Lawrence C. Locker, WSBA #15819
    SUMMIT LAW GROUP PLLC
    315 Fifth Avenue S., Suite 1000
    Seattle, WA  98104-2682
    *stevef@summitlaw.com*
    *larryl@summitlaw.com*

By */s/ Michael D. Black*
    Michael D. Black, UT 9132 (*Pro hac vice*)
    Rita M. Cornish, UT 11293 (*Pro hac vice*)
    April M. Medley, UT 16102 (*Pro hac vice*)
    PARR BROWN GEE & LOVELESS P.C.
    101 S. 200 E., Suite 700
    Salt Lake City, UT  84111
    *mblack@parrbrown.com*
    *rcornish@parrbrown.com*
    *amedley@parrbrown.com*

*Withdrawing Counsel:*

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN

STIPULATION AND ORDER GRANTING LEAVE FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
PLAINTIFF XINYUAN MU - 2

CASE NO. **2**:16-cv-01113-RSM

4813-8381-0120 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

PLLC
*Withdrawing Counsel for Plaintiff Xinyuan Mu*

By */s/ Ben I. VandenBerghe*
    Ben I. VandenBerghe
    Michelle E. Kierce
    MONTGOMERY PURDUE BLANKINSHIP &
    AUSTIN PLLC
    5500 Columbia Center
    701 Fifth Avenue
    Seattle, WA 98104

By */s/ Matthew Sava*
    Matthew Sava
    Han Liang
    REID & WISE LLC
    One Penn Plaza, Suite 2015
    New York, NY 10119

***Counsel for Defendants:*** 

DORSEY & WHITNEY LLP
*Attorneys for U.S. Bank National Association*

By */s/ Shawn Larsen-Bright*
    Peter S. Ehrlichman, WA #6591
    Shawn Larsen-Bright, WA #37066
    Andrea Yang, WA #50613
    DORSEY & WHITNEY LLP
    701 Fifth Avenue, Suite 6100
    Seattle, WA  98104

MCKAY CHADWELL, PLLC
*Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, Idaho State Regional Center,*

---

STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF XINYUAN MU - 3

CASE NO. **2**:16-cv-01113-RSM

4813-8381-0120 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

*LLC, and Sima Muroff*

By */s/ Thomas M. Brennan*
    Thomas M. Brennan
    Krysta A. Liveris
    MCKAY CHADWELL, PLLC
    600 University Street, Suite 1601
    Seattle, WA 98101-4124

By */s/ Eric B. Swartz*
    Eric B. Swartz
    JONES & SWARTZ PLLC
    623 W. Hays Street
    Boise, ID 83702

---

STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF XINYUAN MU - 4

CASE NO. **2**:16-cv-01113-RSM

4813-8381-0120 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## II. ORDER

**IT IS SO ORDERED** this 20th day of July 2017.

											_____
											RICARDO S. MARTINEZ
											CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

SUMMIT LAW GROUP, PLLC

    */s/ Steven O. Fortney*
Steven O. Fortney, WSBA #44704
Lawrence C. Locker, WSBA #15819
SUMMIT LAW GROUP PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA  98104-2682
*stevef@summitlaw.com*
*larryl@summitlaw.com*

STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF XINYUAN MU - 1

CASE NO. **2**:16-cv-01113-RSM

4813-8381-0120 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001