IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUI MAO, QINGBIN BU, RUI FAN, ZHEN FAN, BING HUANG, WENLAN HUANG, SHUANGYAN JIA, TIEYIN LI, HUAIJIN LIU, ZHONGFA LIU, XINYUAN MU, ZHICUI SHAN, YAO SONG, HAILAN TANG, PEILIN WU, HAITAO XU, XIUQIN YANG, ZHAOHUI YE, JUNHONG ZHANG, ZHONGMEI ZHAO, DIANYI ZHOU, JIAYIN ZHU, XIAOYU ZHU, LIXIN CHEN, WEIYI DAI, ZHE FENG, JIUYI GENG, YUE GU, MIN GUO, QING HUANG, HESHENG LEI, CHUNFENG LI, DANLI LI, XINKAI LI, RUIPING TAO, MANSHAN TONG, MING-JEN TSAI, YIPENG WU, ZHIJUN WU, CHEN XUAN, XIAOSHU YANG, and XIAOLIN YIN,<br><br>           Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>           Defendants. | NO. 2:16-cv-01113-RSM<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION AND ORDER TO EXTEND STAY** |

STIPULATED MOTION TO EXTEND STAY
2:16-cv-01113-RSM

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

All parties to this action (the "Parties") hereby respectfully submit this Joint Status Report and Stipulated Motion to Extend Stay. As set forth herein, the Parties stipulate to and jointly request that activity in this case continue to be stayed, with the Parties to submit a further joint status report within ninety days. Good cause, including judicial economy and efficiency for the Parties, supports this stipulated motion.[1]

On December 28, 2017, the Parties submitted their Joint Status Report and Stipulated Motion and Order to Strike Case Schedule and Trial Date ("First Stipulated Motion"). Dkt. 89. In their First Stipulated Motion, the Parties described the background of this litigation and the subsequent events and related litigation that have significantly impacted it. *Id.* (For efficiency and to avoid unnecessary repetition, the Parties incorporate by reference and will not restate their prior description of these issues). On January 2, 2018, this Court granted the First Stipulated Motion. Dkt. 90. Per the Parties' stipulation, the Court ordered that the case schedule and trial date in this case be stricken, and further ordered the Parties to submit a further joint status report and a proposed case schedule within ninety days. *Id.* This joint submission timely follows.

As detailed in the First Stipulated Motion, one of the primary reasons the Parties had initially entered into a series of informal stays and ultimately filed the First Stipulated Motion was the potential significant effect on this case of the ongoing administrative and litigation proceedings involving United States Citizenship and Immigration Services ("USCIS"), the government agency responsible for adjudicating Plaintiffs' immigration petitions. Also as detailed in the First Stipulated Motion, USCIS has re-opened and has been reconsidering the immigration petitions of Plaintiffs and other investors, on remand from a court order in related ongoing litigation (*John Doe et al. v. USCIS*, D.D.C. Case No. 1:15-cv-00273). USCIS originally denied the applications but is now reconsidering that decision. The ongoing USCIS reconsideration process and related litigation are of direct relevance to the Parties' claims and

---

[1] This case and its companion case (*Chi Chen et al. v. U.S. Bank National Association et al.*, Case No. 2:16-cv-1109-RSM, and *Mao et al. v. U.S. Bank National Association et al.*, Case No. 2:16-cv-1113-RSM), both arise from the same underlying factual circumstances and present the same relevant issues. Substantively identical versions of this stipulated motion are being filed in both the *Chen* and the *Mao* cases.

STIPULATED MOTION TO EXTEND STAY    1
2:16-cv-01113-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

defenses here. If the ultimate result of the USCIS reconsideration or related litigation was that the immigration petitions of the investor-plaintiffs were approved, that could have a very significant impact on the claims being asserted in the cases before this Court. The interests of judicial economy and efficiency to the Parties therefore strongly support waiting for the reconsidered decision from USCIS before incurring the potentially needless burden and expense that would be associated with discovery and other events in this litigation.

USCIS had initially stated that it anticipated issuing new decisions in approximately the early Spring of 2018, which is what the Parties previously informed this Court in the First Stipulated Motion. However, USCIS has not yet issued any decisions and has recently informed counsel that it now anticipates decisions being made in or about May 2018. Thus, the reasons for staying this case are the same now as they were when the case schedule was stricken in January, and the Parties are not yet in a position to evaluate how that USCIS decision will impact the claims at issue in this case or make any proposals as to a new case schedule. The Parties agree it is in their best interests for the stay to continue at this time.

Accordingly, for the reasons set forth herein and for purposes of efficiency for the Parties and judicial economy, the Parties stipulate to and jointly request that activity in this case continue to be stayed, with the Parties to submit a further joint status report, together with a proposed case schedule if appropriate, within ninety days.

STIPULATED MOTION TO EXTEND STAY 2
2:16-cv-01113-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Stipulated and Respectfully Submitted this 2nd day of April, 2018.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ Michael Black (per email authorization)* |
| Peter Ehrlichman, WSBA #6591 | Michael Black, *admitted pro hac vice* |
| Shawn Larsen-Bright, WSBA #37066 | Rita M. Cornish, *admitted pro hac vice* |
| Dorsey & Whitney LLP | April M. Medley, *admitted pro hac vice* |
| 701 Fifth Avenue, Suite 6100 | Parr Brown Gee & Loveless |
| Seattle, WA 98104-7043 | 101 South 200 East, Suite 700 |
| (206) 903-8800 | Salt Lake City, UT 84111 |
| ehrlichman.peter@dorsey.com | mblack@parrbrown.com |
| larsen.bright.shawn@dorsey.com | rcornish@parrbrown.com |
| *Attorneys for Defendant U.S. Bank National Association* | amedley@parrbrown.com |
| | and |
| | Lawrence Carl Locker, WSBA #15819 |
| | Steven O. Fortney, WSBA # 44704 |
| | Summit Law Group |
| | 315 Fifth Avenue South, Suite 1000 |
| | Seattle, WA 98104-2682 |
| | (206) 676-7000 |
| | larryl@summitlaw.com |
| | stevef@summitlaw.com |
| | *Attorneys for Plaintiffs* |
| | |
| */s/ Eric Swartz (per email authorization)* | */s/ Sean Prosser (per email authorization)* |
| Eric B. Swartz, *admitted pro hac vice* | Sean C. Knowles, WSBA #39893 |
| Jones & Swartz PLLC | Austin J. Rice-Stitt, WSBA #42166 |
| 623 W. Hays Street | Perkins Coie LLP |
| Boise, ID 83702 | 1201 Third Avenue, Suite 4900 |
| (208) 489-8989 | Seattle, WA 98101-3099 |
| eric@jonesandswartzlaw.com | SKnowles@perkinscoie.com |
| and | ARiceStitt@perkinscoie.com |
| Thomas M. Brennan, WSBA #30662 | and |
| P.O. Box 1384 | Sean T. Prosser, *admitted pro hac vice* |
| Edmonds, WA 98026 | Perkins Coie LLP |
| (425) 967-3550 | 11988 El Camino Real, Suite 350 |
| tom@brennanlegalpllc.com | San Diego, CA 92130-2594 |
| *Attorneys for Defendant Sima Muroff* | SProsser@perkinscoie.com |
| | *Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC and Idaho State Regional Center, LLC* |

STIPULATED MOTION TO EXTEND STAY 3
2:16-cv-01113-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Parties are directed to submit a further joint status report, together with a proposed case schedule if appropriate, within ninety (90) days of the date of this Order.

Dated this 5th day of April 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND STAY 4
2:16-cv-01113-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| Michael Black, *admitted pro hac vice*<br>Rita M. Cornish, *admitted pro hac vice*<br>April M. Medley, *admitted pro hac vice*<br>Parr Brown Gee & Loveless<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br>mblack@parrbrown.com<br>rcornish@parrbrown.com<br>amedley@parrbrown.com<br>    and<br>Lawrence Carl Locker, WSBA #15819<br>Steven O. Fortney, WSBA # 44704<br>Summit Law Group<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104-2682<br>(206) 676-7000<br>larryl@summitlaw.com<br>stevef@summitlaw.com<br>***Attorneys for Plaintiffs*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification<br><br><br><br><br><br><br>☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Eric B. Swartz, *admitted pro hac vice*<br>Jones & Swartz PLLC<br>623 W. Hays Street<br>Boise, ID 83702<br>(208) 489-8989<br>eric@jonesandswartzlaw.com<br>    and<br>Thomas M. Brennan, WSBA #30662<br>P.O. Box 1384<br>Edmonds, WA 98026<br>(425) 967-3550<br>tom@brennanlegalpllc.com<br>***Attorneys for Sima Muroff*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification<br><br><br>☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Sean C. Knowles, WSBA #39893<br>Austin J. Rice-Stitt, WSBA #42166<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>SKnowles@perkinscoie.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

STIPULATED MOTION TO EXTEND STAY  5
2:16-cv-01113-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1 | ARiceStitt@perkinscoie.com
  |         and
2 | Sean T. Prosser, *admitted pro hac vice*
  | Perkins Coie LLP
3 | 11988 El Camino Real, Suite 350
4 | San Diego, CA 92130-2594
  | SProsser@perkinscoie.com
5 | **Attorneys for Defendants Quartzburg Gold,**
  | **LP, ISR Capital LLC and Idaho State**
6 | **Regional Center, LLC**
7 |
8 | DATED this 2nd day of April, 2018.
  |                                  */s/ Molly Price*
9 |                                  Molly Price

STIPULATED MOTION TO EXTEND STAY     6     **DORSEY & WHITNEY LLP**
2:16-cv-01113-RSM                          701 FIFTH AVENUE, SUITE 6100
                                           SEATTLE, WA 98104-7043
                                           PHONE: (206) 903-8800
                                           FAX: (206) 903-8820
4816-9631-6000\